Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

INTEGRATED SPORTS MEDIA, INC, )
)
      Plaintiff,   vs. ) Case No.: 2:09-CV-05008-PA-E
)
ELIA ARIAS CHAVEZ, et al, ) [PROPOSED] RENEWAL OF CONSENT JUDGMENT
)
      Defendant, )
)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Integrated Sports Media, Inc., and against Defendant, Elia Arias Chavez, individually and dba Scoreboard Sports Grill aka Scoreboard Americas Sports Grill; and Cubamex Enterprises, Inc. dba Scoreboard Sports Grill aka Scoreboard Americas Sports Grill , entered on January 26, 2010, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 20,000.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | **Subtotal *(add a and b)*** | **$** | **20,000.00** |
| d. | Credits | $ | 0.00 |
| e. | **Subtotal *(subtract d from c)*** | **$** | **20,000.00** |
| f. | Interest after judgment(.31%) | $ | 617.62 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | **Total renewed judgment (add e, f and g)** | $ | **20,617.62** |

Dated: ___1/13/2020___    CLERK, by _Margo Mead_
                                         Deputy   Margo Mead

                                         Kiry A. Gray,
                                         Clerk of U.S. District Court